# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

| | |
|---|---|
| In Re: | Case No. 2:21-bk-53368 |
| Sean Fabich<br>   *dba* Sean Fabich | Chapter 13 |
| Debtor. | Judge John E. Hoffman, Jr. |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Igloo Series III Trust ("Creditor"), in the above captioned proceedings.

                                      Respectfully Submitted,

                                      /s/ Molly Slutsky Simons
                                      Molly Slutsky Simons (0083702)
                                      Sottile & Barile, Attorneys at Law
                                      394 Wards Corner Road, Suite 180
                                      Loveland, OH 45140
                                      Phone: 513.444.4100
                                      Email: bankruptcy@sottileandbarile.com
                                      Attorney for Creditor

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Appearance was served **electronically** on November 23, 2021 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **first class mail** on November 23, 2021 addressed to:

    Sean Fabich, Debtor
    223 North Monroe Avenue
    Columbus, OH 43203

                                      /s/ Molly Slutsky Simons
                                      Molly Slutsky Simons (0083702)
                                      Attorney for Creditor